**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| TODD COLE, | * |
| Plaintiff, | * |
| vs. | * Civil Action 1:22-cv-00099 |
| 3 CIRCLE CHURCH, INC. and BLAKE STANLEY, | * |
| Defendants. | * |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(c), Defendants 3 Circle Church, Inc. (3 Circle Church) and Blake Stanley give notice of the removal of this action from the Circuit Court for Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, based on federal question jurisdiction, 28 U.S.C. §§ 1331, 1441(a) and supplemental jurisdiction 28 U.S.C. 1367. To support removal, Defendants state:

1. This action was commenced by plaintiff Todd Cole ("Cole"), in the Circuit Court for Baldwin County, Alabama, Case No. CV-2022-900022.00, against defendants 3 Circle Church and Blake Stanley on January 7, 2022. This *Notice of Removal* is timely filed within thirty (30) days after service of the summons and the original complaint on defendant 3 Circle Church on February 1, 2022.[1] Accordingly, this *Notice of Removal* is timely under 28 U.S.C. § 1446(b). A copy of the document evidencing the date of service on 3 Circle Church and Blake

---

[1] Defendant Blake Stanley was served on February 4, 2022, according to the records of the Baldwin County Circuit Court. Accordingly, this removal is also timely with respect to Defendant Blake Stanley.

{1650955.1}

Stanley, together with copies of all documents filed in this action in the Circuit Court for Baldwin County through March 2, 2022, are attached as Exhibit 1.

2.      Cole asserts federal law claims against 3 Circle Church for "Workplace Discrimination and Sexual Harassment in Violation of Title VII of the Civil Rights Act of 1964" and "Retaliation in Violation of Title VII of the Civil Rights of 1964,"[2] making removal appropriate under 28 U.S.C. § 1331.

3.      Cole additionally asserts a state law claim for "assault and battery" which is based on the same factual allegations as his Title VII claims. As the state law claim is so intertwined as the federal question claims which provide this Court with original federal question jurisdiction, this Court may properly exercise supplemental jurisdiction over the state law assault and battery claim.

4.      Venue is appropriate in this Court as the allegations relate to Cole's employment by 3 Circle Church in Baldwin County, Alabama.

5.      Blake Stanley consents to the removal of this action to the United States District Court for the Southern District of Alabama. His consent to this removal is attached as Exhibit 2.

6.      Written notice of the filing of this Notice of Removal has been filed in the Circuit Court for Baldwin County, Alabama, and served on counsel for plaintiff Todd Cole as required by 28 U.S.C. § 1446(d) on the same date as this Notice of Removal is filed.

7.      By removing this action to the United States District Court for the Southern District of Alabama, Defendants do not waive any defenses available to them.

---

[2] Both counts under Title VII are labeled as "Count II" in the Complaint. The Complaint does not contain a "Count I."

8. By removing this action to the United States District Court for the Southern District of Alabama, Defendants do not admit any of the allegations in Cole's complaint.

Dated: March 3, 2022.

/s/ Elizabeth Darby Rehm
ELIZABETH DARBY REHM (REHE4348)
(*edr@kullmanlaw.com*)

Attorney for Defendant 3 Circle Church, Inc.

/s/ Max Cassady (*with consent)*
MAX CASSADY

Attorney for Defendant Blake Stanley

Of Counsel:
CASSADY& CASSADY, P.C.
23710 US Highway 98, Suite D.
FAIRHOPE, AL 36532

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for record for plaintiff Todd Cole.

Carl Allen Cole, III, Esq.
The Cole Law Firm, LLC
P.O. Box 2063
Decatur, AL 35602

Counsel has additionally emailed a copy of the foregoing to carl@carlcolelaw.com.

/s/ Elizabeth Darby Rehm
ELIZABETH DARBY REHM