# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: E MARCH**



County: **05** Case Number: **CV-2022-900022.00** Court Action:
Style: **TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

Real Time

## Case

### Case Information

County: **05-BALDWIN** Case Number: **CV-2022-900022.00** Judge: **SPT:SCOTT P. TAYLOR**
Style: **TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**
Filed: **01/07/2022** Case Status: **ACTIVE** Case Type: **CIVIL RIGHTS**
Trial Type: **JURY** Track: Appellate Case: **0**
No of Plaintiffs: **1** No of Defendants: **2**

### Damages

Damage Amt: **0.00** Punitive Damages: **0.00** General Damages: **0.00**
No Damages: Compensatory Damages: **0.00**
Pay To: Payment Frequency: Cost Paid By:

### Court Action

Court Action Code: Court Action Desc: Court Action Date:
Num of Trial days: **0** Num of Liens: **0** Judgment For:
Dispositon Date of Appeal: Disposition Judge: **:** Disposition Type:
Revised Judgement Date: Minstral: Appeal Date:
Date Trial Began but No Verdict (TBNV1):
Date Trial Began but No Verdict (TBNV2):

### Comments

Comment 1:
Comment 2:

### Appeal Information

Appeal Date: Appeal Case Number: Appeal Court:
Appeal Status: Orgin Of Appeal:
Appeal To: Appeal To Desc: LowerCourt Appeal Date:
Disposition Date Of Appeal: Disposition Type Of Appeal:

### Administrative Information

Transfer to Admin Doc Date: Transfer Reason: Transfer Desc:
Number of Subponeas: Last Update: **02/24/2022** Updated By: **LAJ**

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 09/13/2022 | 001 | 02:00 PM | STAT - STATUS REVIEW/DKT |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - COLE TODD

## Party Information

Party: C001-Plaintiff
Index: D 3 CIRCLE CHU
Address 1: PO BOX 2064
Address 2:
City: DECATUR
SSN: XXX-XX-X999

Name: COLE TODD
Alt Name:
State: AL
DOB:

Hardship: No
Phone: (334) 000-0000
Zip: 35602-0000
Sex:

Type: I-INDIVIDUAL
JID: SPT
Country: US
Race:

## Court Action

Court Action:
Amount of Judgement: $0.00
Cost Against Party: $0.00
Comment:
Warrant Action Date:

Court Action For:
Other Cost: $0.00
Warrant Action Status:

Court Action Date:
Exemptions:
Date Satisfied:
Arrest Date:
Status Description:

## Service Information

Issued: Issued Type:
Return: Return Type:
Served: Service Type
Answer: Answer Type:

Reissue:
Return:
Service On:
Notice of No Service:

Reissue Type:
Return Type:
Served By:
Notice of No Answer:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | COL118 | | COLE CARL ALLEN III | CARL@CARLCOLELAW.COM | (256) 353-0550 |

**Party 2 - Defendant BUSINESS - 3 CIRCLE CHURCH, INC.**

## Party Information

Party: D001-Defendant
Index: C COLE TODD
Address 1: 10274 HIGHWAY 104
Address 2:
City: FAIRHOPE
SSN: XXX-XX-X999

Name: 3 CIRCLE CHURCH, INC.
Alt Name:
State: AL
DOB:

Hardship: No
Phone: (334) 000-0000
Zip: 36532-0000
Sex:

Type: B-BUSINESS
JID: SPT
Country: US
Race:

## Court Action

Court Action:
Amount of Judgement: $0.00
Cost Against Party: $0.00
Comment:
Warrant Action Date:

Court Action For:
Other Cost: $0.00
Warrant Action Status:

Court Action Date:
Exemptions:
Date Satisfied:
Arrest Date:
Status Description:

## Service Information

Issued: 01/07/2022 Issued Type: C-CERTIFIED MAIL
Return: 01/22/2022 Return Type: I-INSUFFICIENT
Served: 02/01/2022 Service Type C-CERTIFIED MAIL

Reissue: 01/26/2022
Return:
Service On:

Reissue Type: C-CERTIFIED MAIL
Return Type:
Served By:

Answer: Answer Type: Notice of No Service: Notice of No Answer:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - STANLEY BLAKE

### Party Information

Party: **D002-Defendant** Name: **STANLEY BLAKE** Type: **I-INDIVIDUAL**
Index: **C COLE TODD** Alt Name: Hardship: **No** JID: **SPT**
Address 1: **25899 ROYALTY DRIVE** Phone: **(334) 000-0000**
Address 2:
City: **DAPHNE** State: **AL** Zip: **36526-0000** Country: **US**
SSN: **XXX-XX-X999** DOB: Sex: Race:

### Court Action

Court Action: Court Action Date:
Amount of Judgement: **$0.00** Court Action For: Exemptions:
Cost Against Party: **$0.00** Other Cost: **$0.00** Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

### Service Information

Issued: **01/07/2022** Issued Type: **A-PROCESS SERVER** Reissue: **01/26/2022** Reissue Type: **C-CERTIFIED MAIL**
Return: Return Type: Return: Return Type:
Served: Service Type Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### *Fee Sheet*

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $6.53 | $19.59 | -$13.06 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $20.92 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $334.00 | $334.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERA | C001 | 000 | $10.00 | $10.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |

| | | | | |
|---|---|---|---|---|
| **Total:** | $495.53 | $529.51 | -$33.98 | $0.00 |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | CREDIT | CONV | 2022072 | 8771740 | $19.87 | C001 | 000 | | N | | | CHW |
| 01/10/2022 | RECEIPT | AOCC | 2022072 | 8771730 | $6.53 | C001 | 000 | | N | | | CHW |
| 01/10/2022 | RECEIPT | CV05 | 2022072 | 8771750 | $334.00 | C001 | 000 | | N | | | CHW |
| 01/10/2022 | RECEIPT | JDMD | 2022072 | 8771760 | $100.00 | C001 | 000 | | N | | | CHW |
| 01/10/2022 | RECEIPT | SERA | 2022072 | 8771770 | $10.00 | C001 | 000 | | N | | | CHW |
| 01/10/2022 | RECEIPT | VADM | 2022072 | 8771780 | $45.00 | C001 | 000 | | N | | | CHW |
| 01/27/2022 | CREDIT | CONV | 2022085 | 8799440 | $1.05 | C001 | 000 | | N | | | LAJ |
| 01/27/2022 | RECEIPT | AOCC | 2022085 | 8799430 | $13.06 | C001 | 000 | | N | | | LAJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 1/7/2022 | 4:09 PM | FILE | FILED THIS DATE: 01/07/2022 (AV01) | AJA |
| 1/7/2022 | 4:09 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 1/7/2022 | 4:09 PM | ASSJ | ASSIGNED TO JUDGE: SCOTT TAYLOR (AV01) | AJA |
| 1/7/2022 | 4:09 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 1/7/2022 | 4:09 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 1/7/2022 | 4:09 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 1/7/2022 | 4:09 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 1/7/2022 | 4:09 PM | C001 | C001 PARTY ADDED: COLE TODD (AV02) | AJA |
| 1/7/2022 | 4:09 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 1/7/2022 | 4:09 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 1/7/2022 | 4:09 PM | C001 | LISTED AS ATTORNEY FOR C001: COLE CARL ALLEN III | AJA |
| 1/7/2022 | 4:09 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D001 | CERTIFIED MAI ISSUED: 01/07/2022 TO D001 (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D001 | D001 PARTY ADDED: 3 CIRCLE CHURCH, INC. (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D002 | D002 PARTY ADDED: STANLEY BLAKE (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D002 | PROCESS SERVE ISSUED: 01/07/2022 TO D002 (AV02) | AJA |
| 1/7/2022 | 4:09 PM | D002 | D002 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 1/7/2022 | 4:09 PM | ECOMP | COMPLAINT E-FILED. | COL118 |
| 1/22/2022 | 12:13 PM | D001 | RETURN OF INSUFFICIENT ON 01/22/2022 FOR D001 | AJA |
| 1/22/2022 | 12:14 PM | ESERC | SERVICE RETURN | |
| 1/26/2022 | 3:26 PM | EALIA | ALIAS SUMMONS E-FILED | COL118 |
| 1/26/2022 | 3:26 PM | D001 | D001 ADDR1 CHANGED FROM: 8618 BROOK LANE (AV02) | AJA |
| 1/26/2022 | 3:26 PM | D001 | REISSUE OF CERTIFIED MA ON 01/26/2022 FOR D001 | AJA |
| 1/26/2022 | 3:26 PM | D002 | D002 ADDR1 CHANGED FROM: N/A (AV02) | AJA |
| 1/26/2022 | 3:26 PM | D002 | D002 ADDR2 CHANGED FROM: 0000 (AV02) | AJA |
| 1/26/2022 | 3:26 PM | D002 | D002 ADDR CITY CHANGED FROM: NA (AV02) | AJA |
| 1/26/2022 | 3:26 PM | D002 | REISSUE OF CERTIFIED MA ON 01/26/2022 FOR D002 | AJA |
| 1/26/2022 | 3:30 PM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 1/26/2022 | 3:30 PM | --- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 1/26/2022 | 3:30 PM | --- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 2/1/2022 | 12:26 PM | D001 | SERVICE OF CERTIFIED MAI ON 02/01/2022 FOR D001 | AJA |
| 2/1/2022 | 12:27 PM | ESERC | SERVICE RETURN - D001 - ALIAS SUMMONS | |

| | | | | |
|---|---|---|---|---|
| 2/1/2022 | 12:27 PM | --- | SCANNED - SERVICE RETURN - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 2/24/2022 | 11:13 AM | JEORDE | ORDER E-FILED - ORDER - MEDIATION ORDER - RENDERED & ENTERED: 2/24/2022 11:13:27 AM | |
| 2/24/2022 | 11:13 AM | --- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 2/24/2022 | 2:10 PM | DAT4 | FOR: STATUS REVIEW/DKT ON 09/13/2022 @ 0200P(AV01) | LAJ |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 1/7/2022 4:09:40 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 1/7/2022 4:09:40 PM | 2 | COMPLAINT | | 6 |
| 1/7/2022 4:09:40 PM | 3 | SUPPORTING DOCUMENT | Exhibit A | 2 |
| 1/7/2022 4:09:53 PM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/7/2022 4:09:53 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 1/22/2022 12:14:11 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/26/2022 3:26:47 PM | 7 | COPY OF COMPLAINT | Complaint | 6 |
| 1/26/2022 3:30:23 PM | 8 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/26/2022 3:30:24 PM | 9 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 2/1/2022 12:27:04 PM | 10 | SERVICE RETURN | SERVICE RETURN - D001 - ALIAS SUMMONS | 1 |
| 2/1/2022 12:27:10 PM | 11 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/24/2022 11:13:27 AM | 12 | ORDER | MEDIATION ORDER | 2 |
| 2/24/2022 11:13:31 AM | 13 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

***END OF THE REPORT***



# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: E MARCH**



County: **05** Case Number: **CV-2022-900022.00** Court Action:

Style: **TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

Real Time

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 1/7/2022 4:09:40 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 1/7/2022 4:09:40 PM | 2 | COMPLAINT | | 6 |
| 1/7/2022 4:09:40 PM | 3 | SUPPORTING DOCUMENT | Exhibit A | 2 |
| 1/7/2022 4:09:53 PM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/7/2022 4:09:53 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 1/22/2022 12:14:11 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/26/2022 3:26:47 PM | 7 | COPY OF COMPLAINT | Complaint | 6 |
| 1/26/2022 3:30:23 PM | 8 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/26/2022 3:30:24 PM | 9 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 2/1/2022 12:27:04 PM | 10 | SERVICE RETURN | SERVICE RETURN - D001 - ALIAS SUMMONS | 1 |
| 2/1/2022 12:27:10 PM | 11 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/24/2022 11:13:27 AM | 12 | ORDER | MEDIATION ORDER | 2 |
| 2/24/2022 11:13:31 AM | 13 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

 ***END OF THE REPORT***

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>05<br>Date of Filing: Judge Code:<br>01/07/2022 |
|---|---|---|

CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**TODD COLE v. 3 CIRCLE CHURCH, INC. ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ______________

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☑ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**

R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **YES** ☐ **NO**

**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

| COL118 | 1/7/2022 4:09:45 PM | /s/ CARL ALLEN COLE III |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ **YES** ☑ **NO** ☐ **UNDECIDED**

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ **YES** ☑ **NO**

ELECTRONICALLY FILED
1/7/2022 4:09 PM
05-CV-2022-900022.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

| | | |
|---|---|---|
| **TODD COLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. CV-2022** |
| | ) | |
| **3 CIRCLE CHURCH, INC. &** | ) | |
| **BLAKE STANLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

Plaintiff Todd Cole complains of defendants, stating as follows:

## PARTIES

1. Plaintiff Todd Cole is of legal age and is a U.S. citizen and resident of the State of Alabama.
2. Defendant 3 Circle Church, Inc. ("3 Circle") is a corporation organized under the laws of the State of Alabama with its principal place of business in Baldwin County, Alabama.
3. Defendant Blake Stanley is an adult individual residing in Baldwin County, Alabama.

## STATEMENT OF FACTS

4. Plaintiff Cole was employed by 3 Circle for approximately seven (7) years as the facilities director.
5. On or about December 31, 2017, Cole began reporting to Blake Stanley as his immediate supervisor.
6. Blake Stanley began subjecting Cole to constant and ongoing acts of sexual harassment, including inappropriate touching and sexually inappropriate comments.
7. During Cole's employment, Stanley would make sexually suggestive comments and would touch Cole without permission, including but not limited to, rubbing and massaging his shoulders, hugging, placing hands on hips, and by attempting to remove his shirt without

permission. However, no matter how many times Plaintiff would ask him to stop, the behavior continued.

8. In October of 2018, Cole sent an anonymous letter to the 3 Circle leadership, including but not limited to Chris Bell and Russell Creel, complaining about Stanley's behavior. Nothing was done to correct that behavior.

9. In September of 2019, Cole delivered a written complaint to 3 Circle leadership, including but not limited to Chris Bell and Russell Creel, that referenced his earlier, anonymous letter.

10. Cole was fired on September 19, 2019, in a meeting with Blake Stanley and Russell Creel, within a week of his second letter.

11. Defendants' conduct was knowing, malicious, willful, and wanton and/or showed reckless disregard for Plaintiff, which has caused and continues to cause Plaintiff to suffer substantial economic and non-economic damages, permanent harm to his professional and personal reputation, and severe mental anguish and emotional distress.

12. Defendants have a pattern and practice of tolerating harassment and inappropriate behavior of their employees in the workplace despite complaints about this type of behavior from previous employees. Additionally, Defendants have a pattern of practice of covering up misconduct of church leaders by discouraging whistleblowers and complaints, to the point of terminating employment relationships and requiring non-disclosure agreements from employees. They allowed a hostile work environment due to sexual and/or unlawful harassment to continue with knowledge of the facts at issue here and from other employees.

13. Plaintiff has complied with all statutory prerequisites to filing this action.

14. Plaintiff received his right to sue letter from the EEOC, and this action has been filed within 90 days of Plaintiff's receipt of his right-to-sue letter from the EEOC. A copy of this letter is attached hereto as Exhibit A and its terms are incorporated by reference as if fully set out herein.

**COUNT II**

**WORKPLACE DISCRIMINATION AND SEXUAL HARASSMENT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 – 3 CIRCLE**

15. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.

16. Defendant 3 Circle through its officers, directors, supervisors, managers, employees, and/or agents, knew or reasonably should have known about the ongoing hostile work environment, sexual harassment, and quid pro quo sexual harassment of the Plaintiff by the other Defendants but it failed to take any corrective action.

17. Defendant 3 Circle, through its officers, directors, supervisors, managers, employees, and/or agents, knew or reasonably should have known about the ongoing hostile work environment and sexual harassment, as the Plaintiff had to work in an atmosphere where such harassment was pervasive, but it failed to take any corrective action.

18. As a direct and proximate result of Defendant's unlawful conduct in violation of Title VII, Plaintiff has suffered and continues to suffers severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress, anxiety, loss of self-esteem and self-confidence, emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

19. Defendant's unlawful and discriminatory conduct was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

**COUNT II**

**RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964-3 CIRCLE**

20. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.

21. Defendant 3 Circle has retaliated against Plaintiff in violation of Title VII for opposing and/or complaining of Defendant's discriminatory practices against herself and other employees at Defendant by, inter alia, subjecting Plaintiff to acts of discrimination, harassment, humiliation, and wrongfully terminated Plaintiff even though other similarly situated employees were not terminated.

22. As a direct and proximate result of Defendant's unlawful and retaliatory conduct in violation of Title VII, Plaintiff has suffered and continues to suffers severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress, anxiety, loss of self-esteem and self-confidence, emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

23. Defendant's unlawful and retaliatory conduct in violation of Title VII was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

**COUNT III**

**ASSAULT & BATTERY – BLAKE STANLEY**

24. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.

25. Defendant Blake Stanley touched and grabbed Plaintiff on multiple occasions throughout his employment with 3 Circle.

26. Defendant Stanley's touching of Cole was done in a hostile and/or rude manner.

27. As a result of Defendant's actions, Plaintiff suffered severe emotional harm and mental distress.

**PRAYER FOR RELIEF**

A. An injunction and order permanently restraining Defendants from engaging in such unlawful conduct;

B. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic harm;

C. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for harm to his professional and personal reputations and loss of career fulfillment;

D. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory harm, including but not limited to, compensation for his mental anguish, humiliation, embarrassment, stress, anxiety, emotional pain and suffering, and emotional distress;

E. An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff in an amount to be determined at trial, plus prejudgment interest;

F. An award of punitive damages;

G. An award of costs that Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorneys' fees to the fullest extent permitted by law; and

H. Such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by a struck jury.

**/s/ Carl A. Cole, III**
Carl A. Cole, III
Attorney for Plaintiff

**OF COUNSEL:**
The Cole Law Firm, LLC
P.O. Box 2063
Decatur, AL 35602
Phone: 256-353-0550
Facsimile: 256-353-0552
carl@carlcolelaw.com

ELECTRONICALLY FILED
1/7/2022 4:09 PM
05-CV-2022-900022.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSI...**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Todd Cole**
**17087 Country Road 34**
**Summerdale, AL 36580**

From: **Mobile Local Office**
**63 S Royal Street**
**Suite 504**
**Mobile, AL 36602**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **425-2020-00525** | **CYNTHIA WILSON, Investigator** | **(251) 304-7925** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Erika LaCour Digitally signed by Erika LaCour Date: 2021.10.12 11:19:44 -05'00'

Enclosures(s)

Erika LaCour,
Local Office Director

*(Date Issued)*

cc: **3CIRCLE CHURCH**
**John M. Anthony**
**Anthony | Kennedy, PLLC**
**3400 William D Tate Ave**
**Grapevine, TX 76051**

**Temple D. Trueblood, Esq.**
**WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB**
**301 19th Street North**
**Birmingham, AL 35203**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***




AlaFile E-Notice

05-CV-2022-900022.00

To: CARL ALLEN COLE III
carl@carlcolelaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following complaint was FILED on 1/7/2022 4:09:40 PM

Notice Date: 1/7/2022 4:09:40 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00

To: BLAKE STANLEY
N/A
0000
NA, AL, 00000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following complaint was FILED on 1/7/2022 4:09:40 PM

Notice Date: 1/7/2022 4:09:40 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov






*312 COURTHOUSE SQUARE*
*SUITE 10*
*BAY MINETTE, AL, 36507*

**05-CV-2022-900022.00**

To: 3 CIRCLE CHURCH, INC.
8618 BROOK LANE
FAIRHOPE, AL 36532

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**
**05-CV-2022-900022.00**

The following complaint was FILED on 1/7/2022 4:09:40 PM

Notice Date: 1/7/2022 4:09:40 PM

**JODY L. WISE**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.wise@alacourt.gov

State of Alabama
Unified Judicial System
Form C-34 Rev. 4/2017

# SUMMONS
# - CIVIL -

**Court Case Number**
05-CV-2022-900022.00

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

**NOTICE TO:** BLAKE STANLEY, N/A 0000, NA, AL 00000
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
CARL ALLEN COLE III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2064, DECATUR, AL 35602 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of ____________ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

01/07/2022 *(Date)*    /s/ JODY L. WISE *(Signature of Clerk)*    By: ____________ *(Name)*

☐ Certified Mail is hereby requested.    ____________ *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on ____________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ____________ *(Name of Person Served)* in ____________ *(Name of County)* County, Alabama on ____________ *(Date)*.

____________ *(Address of Server)*

____________ *(Type of Process Server)*    ____________ *(Server's Signature)*

____________ *(Server's Printed Name)*    ____________ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2022-900022.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

**NOTICE TO:** 3 CIRCLE CHURCH, INC., 8618 BROOK LANE, FAIRHOPE, AL 36532
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CARL ALLEN COLE III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2064, DECATUR, AL 35602 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TODD COLE *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

01/07/2022 *(Date)* /s/ JODY L. WISE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ CARL ALLEN COLE III *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

UNIFIED JUDICIAL SYSTEM TENNESSEE MISSISSIPPI GEORGIA FLORIDA A.D. 1973 STATE OF ALABAMA

AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: COLE CARL ALLEN III
carl@carlcolelaw.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was not served on 1/22/2022

**D001 3 CIRCLE CHURCH, INC.**

**Corresponding To**

INSUFFICIENT

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: 3 CIRCLE CHURCH, INC. (PRO SE)
8618 BROOK LANE
FAIRHOPE, AL, 36532-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was not served on 1/22/2022

**D001 3 CIRCLE CHURCH, INC.**

**Corresponding To**

INSUFFICIENT

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: STANLEY BLAKE (PRO SE)
N/A
0000
NA, AL, 00000-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was not served on 1/22/2022

**D001 3 CIRCLE CHURCH, INC.**

**Corresponding To**

INSUFFICIENT

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

ELECTRONICALLY FILED
1/26/2022 3:26 PM
05-CV-2022-900022.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

| | | |
|---|---|---|
| **TODD COLE,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CASE NO. CV-2022** |
| | **)** | |
| **3 CIRCLE CHURCH, INC. & BLAKE STANLEY,** | **)** | |
| | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**COMPLAINT**

Plaintiff Todd Cole complains of defendants, stating as follows:

**PARTIES**

1. Plaintiff Todd Cole is of legal age and is a U.S. citizen and resident of the State of Alabama.
2. Defendant 3 Circle Church, Inc. ("3 Circle") is a corporation organized under the laws of the State of Alabama with its principal place of business in Baldwin County, Alabama.
3. Defendant Blake Stanley is an adult individual residing in Baldwin County, Alabama.

**STATEMENT OF FACTS**

4. Plaintiff Cole was employed by 3 Circle for approximately seven (7) years as the facilities director.
5. On or about December 31, 2017, Cole began reporting to Blake Stanley as his immediate supervisor.
6. Blake Stanley began subjecting Cole to constant and ongoing acts of sexual harassment, including inappropriate touching and sexually inappropriate comments.
7. During Cole's employment, Stanley would make sexually suggestive comments and would touch Cole without permission, including but not limited to, rubbing and massaging his shoulders, hugging, placing hands on hips, and by attempting to remove his shirt without

permission. However, no matter how many times Plaintiff would ask him to stop, the behavior continued.

8. In October of 2018, Cole sent an anonymous letter to the 3 Circle leadership, including but not limited to Chris Bell and Russell Creel, complaining about Stanley's behavior. Nothing was done to correct that behavior.

9. In September of 2019, Cole delivered a written complaint to 3 Circle leadership, including but not limited to Chris Bell and Russell Creel, that referenced his earlier, anonymous letter.

10. Cole was fired on September 19, 2019, in a meeting with Blake Stanley and Russell Creel, within a week of his second letter.

11. Defendants' conduct was knowing, malicious, willful, and wanton and/or showed reckless disregard for Plaintiff, which has caused and continues to cause Plaintiff to suffer substantial economic and non-economic damages, permanent harm to his professional and personal reputation, and severe mental anguish and emotional distress.

12. Defendants have a pattern and practice of tolerating harassment and inappropriate behavior of their employees in the workplace despite complaints about this type of behavior from previous employees. Additionally, Defendants have a pattern of practice of covering up misconduct of church leaders by discouraging whistleblowers and complaints, to the point of terminating employment relationships and requiring non-disclosure agreements from employees. They allowed a hostile work environment due to sexual and/or unlawful harassment to continue with knowledge of the facts at issue here and from other employees.

13. Plaintiff has complied with all statutory prerequisites to filing this action.

14. Plaintiff received his right to sue letter from the EEOC, and this action has been filed within 90 days of Plaintiff's receipt of his right-to-sue letter from the EEOC. A copy of this letter is attached hereto as Exhibit A and its terms are incorporated by reference as if fully set out herein.

**COUNT II**

**WORKPLACE DISCRIMINATION AND SEXUAL HARASSMENT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 – 3 CIRCLE**

15. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.

16. Defendant 3 Circle through its officers, directors, supervisors, managers, employees, and/or agents, knew or reasonably should have known about the ongoing hostile work environment, sexual harassment, and quid pro quo sexual harassment of the Plaintiff by the other Defendants but it failed to take any corrective action.

17. Defendant 3 Circle, through its officers, directors, supervisors, managers, employees, and/or agents, knew or reasonably should have known about the ongoing hostile work environment and sexual harassment, as the Plaintiff had to work in an atmosphere where such harassment was pervasive, but it failed to take any corrective action.

18. As a direct and proximate result of Defendant's unlawful conduct in violation of Title VII, Plaintiff has suffered and continues to suffers severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress, anxiety, loss of self-esteem and self-confidence, emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

19. Defendant's unlawful and discriminatory conduct was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

**COUNT II**

**RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964-3 CIRCLE**

20. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.
21. Defendant 3 Circle has retaliated against Plaintiff in violation of Title VII for opposing and/or complaining of Defendant's discriminatory practices against herself and other employees at Defendant by, inter alia, subjecting Plaintiff to acts of discrimination, harassment, humiliation, and wrongfully terminated Plaintiff even though other similarly situated employees were not terminated.
22. As a direct and proximate result of Defendant's unlawful and retaliatory conduct in violation of Title VII, Plaintiff has suffered and continues to suffers severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress, anxiety, loss of self-esteem and self-confidence, emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.
23. Defendant's unlawful and retaliatory conduct in violation of Title VII was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

## COUNT III

### ASSAULT & BATTERY – BLAKE STANLEY

24. Plaintiff adopts and incorporates by reference as if expressly set forth herein the allegations made above and further avers as follows.
25. Defendant Blake Stanley touched and grabbed Plaintiff on multiple occasions throughout his employment with 3 Circle.
26. Defendant Stanley's touching of Cole was done in a hostile and/or rude manner.
27. As a result of Defendant's actions, Plaintiff suffered severe emotional harm and mental distress.

### PRAYER FOR RELIEF

A. An injunction and order permanently restraining Defendants from engaging in such unlawful conduct;

B. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic harm;

C. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for harm to his professional and personal reputations and loss of career fulfillment;

D. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory harm, including but not limited to, compensation for his mental anguish, humiliation, embarrassment, stress, anxiety, emotional pain and suffering, and emotional distress;

E. An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff in an amount to be determined at trial, plus prejudgment interest;

F. An award of punitive damages;

G. An award of costs that Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorneys' fees to the fullest extent permitted by law; and

H. Such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by a struck jury.

**/s/ Carl A. Cole, III**
Carl A. Cole, III
Attorney for Plaintiff

**OF COUNSEL:**
The Cole Law Firm, LLC
P.O. Box 2063
Decatur, AL 35602
Phone: 256-353-0550
Facsimile: 256-353-0552
carl@carlcolelaw.com




AlaFile E-Notice

05-CV-2022-900022.00

To: CARL ALLEN COLE III
carl@carlcolelaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following alias summons was FILED on 1/26/2022 3:26:47 PM

Notice Date: 1/26/2022 3:26:47 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



USPS CERTIFIED MAIL



9214 8901 7301 4105 2200 0053 49

*312 COURTHOUSE SQUARE*
*SUITE 10*
*BAY MINETTE, AL, 36507*

**05-CV-2022-900022.00**

To: 3 CIRCLE CHURCH, INC.
10274 HIGHWAY 104
FAIRHOPE, AL 36532

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**
**05-CV-2022-900022.00**

The following alias summons was FILED on 1/26/2022 3:26:47 PM

Notice Date: 1/26/2022 3:26:47 PM

**JODY L. WISE**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.wise@alacourt.gov



USPS CERTIFIED MAIL



9214 8901 7301 4105 2200 0053 56

*312 COURTHOUSE SQUARE*
*SUITE 10*
*BAY MINETTE, AL, 36507*

**05-CV-2022-900022.00**

To: BLAKE STANLEY
25899 ROYALTY DRIVE
DAPHNE, AL 36526

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**
**05-CV-2022-900022.00**

The following alias summons was FILED on 1/26/2022 3:26:47 PM

Notice Date: 1/26/2022 3:26:47 PM

**JODY L. WISE**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.wise@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2022-900022.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

**NOTICE TO:** 3 CIRCLE CHURCH, INC., 10274 HIGHWAY 104, FAIRHOPE, AL 36532
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
CARL ALLEN COLE III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2064, DECATUR, AL 35602 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of COLE TODD *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

01/26/2022 *(Date)* /s/ JODY L. WISE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ CARL ALLEN COLE III *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS<br>- CIVIL -** | **Court Case Number**<br>05-CV-2022-900022.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL**

**NOTICE TO:** BLAKE STANLEY, 25899 ROYALTY DRIVE, DAPHNE, AL 36526
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CARL ALLEN COLE III ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2064, DECATUR, AL 35602 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of COLE TODD *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

01/26/2022 *(Date)* /s/ JODY L. WISE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ CARL ALLEN COLE III *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on ______ *(Date)* .

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)* .

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

UNITED STATES POSTAL SERVICE

February 1, 2022

Dear Circuit Clerk:

**UJS Information**

Case Number: 05-CV-2022-900022.00
Document Type: Alias Summons
Restricted Delivery Requested: No

Intended Recipient:
3 CIRCLE CHURCH, INC. (D001)
10274 HIGHWAY 104
FAIRHOPE, AL 36532

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4105 2200 0053 49**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | February 1, 2022, 10:46 am |
| **Location:** | FAIRHOPE, AL 36532 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

## Recipient Signature

Signature of Recipient: (Authorized Agent)

Address of Recipient: 10274 Hwy 104

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004




AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: COLE CARL ALLEN III
carl@carlcolelaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was served on 2/1/2022

D001 3 CIRCLE CHURCH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00
Judge: SCOTT P. TAYLOR

To: 3 CIRCLE CHURCH, INC. (PRO SE)
10274 HIGHWAY 104
FAIRHOPE, AL, 36532-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was served on 2/1/2022

D001 3 CIRCLE CHURCH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: STANLEY BLAKE (PRO SE)
25899 ROYALTY DRIVE
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was served on 2/1/2022

D001 3 CIRCLE CHURCH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

ELECTRONICALLY FILED
2/24/2022 11:13 AM
05-CV-2022-900022.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

COLE TODD,
Plaintiff,

V. ) Case No.: CV-2022-900022.00

3 CIRCLE CHURCH, INC.,
STANLEY BLAKE,
Defendants.

**ORDER**

Due to certain factors, including, COVID 19, increased population within the Circuit, and the prioritization of cases, requiring the court to give criminal cases first priority, the Court is making a number of changes in it's handling of cases. In all civil cases, the Court, shall require that all pending civil cases make a good faith attempt to resolve the case through mediation before a trial date will be set. In order to keep the parties moving forward with discovery and to ensure the case does not sit without action by one or more of the parties, the Court shall appoint a court appointed mediator and require that the parties complete mediation by a date certain.

It is therefore hereby ORDERED, as follows:

1. MATT SIMPSON is appointed as mediator in the above styled action.
2. The parties shall mediate the case with the court appointed mediator no later than ***6 months from date of order on bench trial, 12 months on jury***.
3. The mediator shall set the initial mediation session and may continue or adjourn the mediation session at his or her discretion. The mediation may be conducted in person, via Zoom or other web-based platform or by teleconferencing, as agreed by the parties and the mediator.
4. The fees and expenses of the mediator shall be paid equally by the parties unless agreed otherwise or mandated otherwise pursuant to Section 6-6-20(b)(2) of the Code of Alabama.
5. A representative of each party having full authority to settle the case must be present at the mediation session or reasonably available to authorize settlement throughout the mediation session. In the event a party wishes to ensure that the opposing party or a representative of the opposing party's insurance company is personally in attendance at the mediation and if the parties cannot reach agreement with regard to attendance, a party may file a motion with the Court to require personal attendance at the mediation.
6. The mediation shall be conducted in accordance with the Alabama Civil Court Mediation Rules and the provisions of Sections 6-6-20 and 6-6-25 of the Code of Alabama. All communications with the mediator regarding this

matter will be considered confidential in accordance with Rule 11 of the Alabama Civil Court Mediation Rules and Section 6-6-25 of the Code of Alabama. All discussions, representations and statements made in the course of mediation shall be confidential and deemed privileged by both the mediator and all parties as settlement negotiations and, thus, inadmissible in a court of law. The mediator shall not be called as a witness nor shall the mediator's records be subpoenaed or used as evidence in any court proceeding

7. Following mediation, the mediator is ordered to file with the Court a report of mediation setting forth if the case was resolved, or not, and if not, if the parties made a good faith attempt at mediation.
8. Any party having been found by the Court, to have failed to mediate in good faith or failing to make discovery, will be subject to sanction by the court, pursuant to Rule 37 of the Alabama Rules of Civil Procedure or other applicable statute or rule.
9. IF NOT RESOLVED IN MEDIATION, CASE IS SET FOR STATUS DOCKET ON SEPTEMBER 13, 2022 AT 2:00 PM IN COURTROOM #1 OF THE BALDWIN COUNTY COURTHOUSE IN BAY MINETTE, ALABAMA.

**DONE this 24th day of February, 2022.**

**/s/ SCOTT P. TAYLOR**
**CIRCUIT JUDGE**




AlaFile E-Notice

05-CV-2022-900022.00

Judge: SCOTT P. TAYLOR

To: COLE CARL ALLEN III
carl@carlcolelaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was FILED on 2/24/2022 11:13:27 AM

Notice Date: 2/24/2022 11:13:27 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00
Judge: SCOTT P. TAYLOR

To: 3 CIRCLE CHURCH, INC. (PRO SE)
10274 HIGHWAY 104
FAIRHOPE, AL, 36532-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was FILED on 2/24/2022 11:13:27 AM

Notice Date: 2/24/2022 11:13:27 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




AlaFile E-Notice

05-CV-2022-900022.00
Judge: SCOTT P. TAYLOR

To: STANLEY BLAKE (PRO SE)
25899 ROYALTY DRIVE
DAPHNE, AL, 36526-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TODD COLE V. 3 CIRCLE CHURCH, INC. ET AL
05-CV-2022-900022.00

The following matter was FILED on 2/24/2022 11:13:27 AM

Notice Date: 2/24/2022 11:13:27 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov