IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD COLE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:22-00099-TFM-N |
| | ) |
| 3 CIRCLE CHURCH, INC. *and* | ) |
| BLAKE STANLEY, | ) |
|     Defendants. | ) |

## ORDER

Upon due consideration, the sealed motion related to the taking of depositions filed February 24, 2023, in this civil action by Defendant 3 Circle Church, Inc. ("the Church") (Doc. 21), which Defendant Blake Stanley has joined (*see* Doc. 22), is **DENIED**. However, as alternative relief, it is hereby **ORDERED** that any deposition in this civil action must be taken by videoconference upon the written demand of any party served on all other parties. *See* Fed. R. Civ. P. 30(b)(4) ("The parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means."). If such a demand is made, the deposition may be taken by other remote means, such as telephone, upon agreement of the parties.

The Church's motion for leave to file its deposition-related February 24 motion under seal (Doc. 20) is **GRANTED**. Accordingly, the Clerk of Court is **ORDERED** to maintain ECF Document 21 under seal until otherwise ordered, and to serve a copy of Document 21 on counsel for the Plaintiff by email. *See* Fed. R. Civ. P. 5.2(d) ("The court may order that a filing be made under seal without redaction.");

S.D. Ala. GenLR 5.2. However, as the Church's only stated ground for filing its deposition-related February 24 motion under seal is that it "include[s] a text message written by the Plaintiff to another employee of 3Circle Church" that "should not be made a matter of public record due to its contents" (Doc. 20, PageID.106-107), the Church is **ORDERED** to file, no later than **MARCH 6, 2023**, a public version of its sealed motion (Doc. 21) with said text message(s), and the identity of the Church employee recipient, redacted. *See* Fed. R. Civ. P. 5.2(d) ("The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.").

To the extent Stanley's joinder in the Church's motion to seal (Doc. 22) is a request that he be permitted to file his joinder filing under seal, such request is **DENIED**, as the grounds for sealing the Church's motion, *supra*, are not implicated by Stanley's joinder filing. Accordingly, the Clerk of Court is **ORDERED** to unseal ECF Document 22.[1]

    **DONE** and **ORDERED** this the **28th** day of **February 2023**.

                                            */s/ Katherine P. Nelson*
                                            **KATHERINE P. NELSON**
                                            **UNITED STATES MAGISTRATE JUDGE**

---

[1] The assigned District Judge has referred each of the aforementioned motions to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (2/27/2023 electronic reference notations).