IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD COLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIV. ACT. NO. 1:22-cv-99-TFM-N |
| | ) |
| 3 CIRCLE CHURCH, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is the *Unopposed Motion of Defendant 3 Circle Church, Inc. to Move Trial From March Civil Calendar* (Doc. 88, filed 12/29/23). The parties ask the Court to move the trial of this action to the next trial term. Doc. 88. Accordingly, the Court's Rule 16(b) Scheduling Order (Doc. 16) and Amended Scheduling Orders (Docs. 76, 97) are further **AMENDED** as follows:

    2.    <u>FINAL PRETRIAL CONFERENCE & PRETRIAL DISCLOSURES</u>. This action is set for a final pretrial conference pursuant to Fed. R. Civ. P. 16(e) and S.D. Ala. CivLR 16(b) before United States District Judge Terry F. Moorer on **<u>Friday, May 17, 2024,</u>** at **<u>3:30 p.m. (Central) in Mobile, Alabama</u>**. ***<u>This is a firm setting and the parties are expected to be ready for trial on that date</u>***. **A COPY OF JUDGE MOORER'S SPECIAL REQUIREMENTS FOR FINAL PRETRIAL CONFERENCES IS ATTACHED. NO ADDITIONAL NOTICE REGARDING THE FINAL PRETRIAL CONFERENCE WILL BE GIVEN.**

    The disclosure of information regarding the evidence that each party may present at trial as required by Fed. R. Civ. P. 26(a)(3) must be made no later than **<u>21 days prior to the date of the final pretrial conference</u>**. Any remaining deadlines that were tethered to the pretrial

**conference date are correspondingly extended.**

  3. <u>TRIAL</u>.  This action is set for a **jury** trial at the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602, during the month of **June 2024**, the specific dates(s) to be set at the final pretrial conference, *see* § 2, *supra*.  The parties estimate the trial of this action will take **3 days**.

  All other deadlines in the Rule 16(b) Scheduling Order not referenced here remain in effect.

  **DONE** and **ORDERED** this 2nd day of January 2024.

          <u>/s/ Terry F. Moorer</u>
          TERRY F. MOORER
          UNITED STATES DISTRICT JUDGE