IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TODD COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:22-cv-99-TFM-N |
| | ) | |
| 3 CIRCLE CHURCH, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered against the Plaintiff and in favor of Defendant 3Circle Church.[1]

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 26th day of February 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's state law claims against Defendant Blake Stanley have been remanded to the Circuit Court of Baldwin County, Alabama for resolution as this Court has declined supplemental jurisdiction in accordance with the Memorandum Opinion and Order.